

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2021

No. 04-20-00058-CV

**IN THE MATTER OF THE ESTATE OF KENNETH CURTIS ANDREWS, DECEASED**,

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-04-0239-CVW
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

Appellant's motion for rehearing and/or motion for en banc reconsideration was due on June 24, 2021. Appellant has been granted one previous extension, until July 15, 2021. On July 15, 2021, appellant filed a motion requesting a seven-day extension of time. The motion is GRANTED and appellant's motion for rehearing and/or motion for en banc reconsideration is due **no later than July 22, 2021**.

It is so **ORDERED** July 19, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT